### STATE for Use of JOHN BAIL and SUSANNA, his Wife, v. JAMES McCULLOUGH.

Court of Common Pleas. New Castle. December 20, 1798.

*Rodney's Notes.*\*

---

\* This case is also reported in *Bayard's Notebook, 241.* For an account of later proceedings in equity, see counsel's argument in *Robinson v. Perkins* at *Clayton's Notebook, 177.*

*Vandyke, Bayard* [for plaintiff]. *G. Read, Rodney* [for defendant].

Motion to put off this cause overruled and rule to plead in one hour. Defendant craves *oyer* five minutes before the expiration of the time. Recognizance shown by producing the record. Objected by *George Read* that they should have a copy.

Court decided reading, showing recognizance sufficient, and after the expiration of one hour from the time of craving *oyer*, entered judgment. And on motion [of] *Mr. Bayard.* 1 Body Laws 98, Court shall make an order to charge the jury to make inquiry. The Court make the order accordingly for jury to ascertain the amount of plaintiff's cost and damages under the above (being an interlocutory judgment).

December 21st, the same oath administered to jury as to jury of inquiry by sheriff, and inquisition to be returned under their hands and seals.

*Vandyke.* On recognizance dated May 20, 1779, for securing the payment of the valuation money of the lands, one-third of due to Susanna, the wife of John Bail, one-third to James McCullough and Jane, his wife, of five-sixths of the whole one-sixth part, said James McCullough having purchased of John McCalla.

February 12, 1781. Act. Jury to determine according to equity and good conscience. 6½ acres of land of Elizabeth Eves.

John Lewden. I gave £112.10 for three acres marsh, one and a half acres land. Solomon Maxwell gave £240 for another part.

*Bayard.* McCullough and wife is entitled to one moiety of five-sixths and one-sixth exclusive. Bail and wife, one moiety of five-sixths and interest, also costs. Return of jury in said action for £278.13.5 plus £10.0.11 equals £288.14.4. Inquisition read and judgment.

In the second action on recognizance for wheat etc. for [——].[1]

---

[1] Blank in manuscript.

James Riddle sworn. The price of wheat is from 12/6 to 13/2. I have sold three hundred bushels of wheat I believe at 13/. Good merchantable wheat is worth 13/ if it weighs sixty pounds per bushel. Valuation for 4577 bushels of such wheat:

$$[Since] \quad \tfrac{1}{6} = 762$$
$$[Therefore] \quad \tfrac{5}{6} = 3814$$

$$\tfrac{1}{2} \; [of \; 3814] = 1907$$
[With] interest at 6% [for] eighteen years $= 2160$

We claim $= 4067\tfrac{1}{2}$ bushels at 13 shillings per bushel.

The jury in this case return inquisition:

For damages – – – – – – – – – – – – – £2643.17.6
Costs – – – – – – – – – – – – – – – – 10.0 .6

Amount – – – – – – – – – – – – – – – 2653.18.0
First action – – – – – – – – – – – – – 288.14.4

£2942.12.4

Order granted for the sale of the whole of Solomon Maxwell's real estate. List of debts:

Returned by Cooper, Daken, and Nevin, administrators 15,000
Debt *sperate* and *desperate* returned – – – – – – 5,000

Deficiency – – – – – – – – – – – – – 10,000